JS-6

**EDCV13-02029VAP(DTBx)**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS ZISKA,**<br><br>                    Plaintiff,<br><br>v.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC,**<br><br>                    Defendant. | Case No. 5:13-cv-02029-VAP-DTB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. VIRGINIA A. PHILLIPS** |

Based upon Plaintiff's Request for Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: Feb. 4, 2014

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE